IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Shaun Kinney, | NO. C 10-00162 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of Santa Clara, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on April 19, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 11.) In their Statement, the parties represent that they are engaged in serious settlement discussions and have reached an informal interim agreement. (Statement at 3.) In light of the parties' interim agreement, the Court finds that a Case Management Conference is not necessary at this time.

Accordingly the Court CONTINUES the Case Management Conference to accommodate the parties' efforts in reducing their settlement to a writing, and orders as follows:

(1) On **May 24, 2010 at 10 a.m.**, the parties shall appear for a Case Management Conference.

(2) On or before **May 14, 2010**, the parties shall submit a Joint Case Management Conference Statement. In their Statement, the parties shall provide the Court with an update on the their settlement agreement. To the extent that the parties require

additional time to complete their settlement agreement, the parties shall specify the time requested in their Statement.

If a Stipulated Dismissal is on file by May 14, 2010, the Conference will be vacated.

Dated:  April 14, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew J. Gauger mgauger@unioncounsel.net
Michael C. Serverian mserverian@rllss.com

**Dated: April 14, 2010**                                          **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California