1  MATTHEW J. GAUGER, Bar No. 139785
   GARY P. PROVENCHER, Bar No. 250923
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, California 95814-2341
4  Telephone:  (916) 443-6600
   Facsimile:   (916) 442-0244
5
   Attorneys for Plaintiff
6
   MICHAEL C. SERVERIAN, SBN 133203
7  RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
   96 No. Third Street, Suite 500
8  San Jose, California 95112
   Telephone: (408) 293-0463
9  Facsimile:  (408) 293-9514

10 Attorneys for Defendants

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 SHAUN KINNEY,                         ) No.   5:10-cv-00162 LHK
                                         )
16              Plaintiff,               )
                                         ) **JOINT NOTICE OF TENTATIVE**
17      v.                               ) **SETTLEMENT AGREEMENT**
                                         ) **[L.R. 16-8, ADR L.R. 6-13]**
18 CITY OF SANTA CLARA, a California     ) **and ORDER CONTINUING CASE**
   Municipal Corporation,                ) **MANAGEMENT CONFERENCE**
19                                       )
                Defendant.               )
20                                       )

21      The parties reached a tentative settlement agreement at their previously scheduled August

22 26, 2010 meeting with Mediator Richard D. Warren.  ~~A true and correct copy of the Settlement~~

23 ~~Agreement is attached and filed herewith~~.  The Settlement Agreement provides a maximum of

24 seventy (70) days from August 26, 2010 for the Defendant's governing body to approve the

25 settlement, remit payment and for Plaintiff to file a Notice of Dismissal under Rule 41.  The parties

26 therefore request the Court to vacate the Case Management Conference currently set for September

27 3, 2010, all discovery cutoff dates and other deadlines associated with the case.  The parties further

28 request that the Court order the parties to submit a Status Report on November 9, 2010 in the event

that the parties have not filed a stipulation for dismissal by that time.

Dated: August 30, 2010              Respectfully Submitted,

                                    WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation


                                    By:      /s/ Matthew J. Gauger
                                         MATTHEW J. GAUGER
                                         GARY P. PROVENCHER
                                         Attorneys for Plaintiff


Dated: August 30, 2010              RANKIN, LANDSNESS, LAHDE,
                                       SERVERIAN & STOCK


                                    By:      /s/ Michael C. Serverian
                                         MICHAEL C. SERVERIAN
                                         Attorneys for Defendant


### ORDER

Pursuant to the parties' notice of tentative settlement -- the settlement agreement was not attached -- the Case Management Conference currently set for September 3, 2010 is vacated. All discovery cutoff dates and other deadline are also vacated. A further Case Management Conference is set for Wednesday, November 24, 2010 at 2 p.m.  The parties shall file a stipulation of dismissal and request to vacate the November 24, 2010 Case Management Conference by November 17, 2010.

**IT IS SO ORDERED.**

Dated: August 31, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge